UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Brenda Ann Zimmerman

Chapter: 13

Case No.: 1:24-bk-02715

Debtor(s)

# NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: February 19, 2025     Time: 9:30 A.M.

Location: Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg, PA 17102

The deadline for filing objections to confirmation of the Plan is: February 12, 2025.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: January 8, 2025     Filed by: /s/ Michael A. Cibik

Michael A. Cibik, Esquire

Cibik Law, P.C.