**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Brenda Ann Sidler,<br><br>           Debtor. | Case No. 1:24-bk-02715<br><br>Chapter 13 |

### Certificate of Service

    I certify that on this date I served a true and correct copy of the First Amended Chapter 13 Plan and the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Jack N. Zaharopoulos (CM/ECF)

Ally Financial, Inc
Attn: Bankruptcy 500 Woodard Ave
Detroit, MI 48226

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

FirstEnergy Corp.
76 S Main St
Akron, OH 44308-1812

Franklin County Tax Claim Bureau
272 N 2nd St
Chambersburg, PA 17102-1642

Internal Revenue Service Centralized
Insolvency Operation PO Box 7346
Philadelphia, PA 19101-7346

Oportun
Attn: Bankruptcy
PO Box 4085
Menlo Park,, CA 94026

Pennsylvania Attorney General 16th
Floor, Strawberry Square Harrisburg,
PA 17120

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

The Swiss Colony/Country Door
Attn: Bankruptcy
1112 Seventh Ave
Monroe, WI 53566-1364

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Bank N.A.
211 N Front St
Harrisburg, PA 17101-1406

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Washington Township,
Franklin County
11798 Buchanan Trl E Waynesboro,
PA 17268-9427

Waynesboro Area School
District
210 Clayton Ave
Waynesboro, PA 17268-206

Date: January 8, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com