# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

| | |
|---|---|
| In Re:<br>    BRENDA ANN SIDLER<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>        Movant<br>v.<br>BRENDA ANN SIDLER<br>        Debtor(s)<br>JACK N ZAHAROPOULOS<br>       Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 1:24-bk-02715-HWV |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

      U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 14933 Wayne Hwy, Waynesboro, PA 17268.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 9, 2025, you or your attorney must do all of the following:

      (a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania:

| In Wilkes-Barre: | In Harrisburg: |
|---|---|
| Max Rosenn U.S. Courthouse | U.S. Bankruptcy Court |
| 197 South Main Street | The Sylvia H. Rambo US Courthouse |
| Wilkes-Barre, PA 18701 | 1501 North 6th Street |
| | Harrisburg, PA 17102 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to movant's attorney:

> Daniel P. Jones
> Stern & Eisenberg, PC
> 1581 Main Street, Suite 200
> The Shops at Valley Square
> Warrington, PA 18976
> Telephone: (215) 572-8111
> Facsimile: (215) 572-5025
> djones@sterneisenberg.com

  and to the Trustee:

> Jack N Zaharopoulos
> Ch. 13 Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA 17036

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Henry W. Van Eck on April 22, 2025, at 9:30AM at U. S. Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom #8, 4th Floor, Harrisburg, PA 17102

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (717) 901-2800 to find out whether the hearing has been canceled because no one filed an answer.

STERN & EISENBERG, PC
*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: March 26, 2025