UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In Re:
    Brenda Ann Sidler

    Debtor(s)

Case No.: 1:24-bk-02715-HWV

Chapter: 13

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED June 28, 2004

Recorded on July 7, 2004, in Franklin County, in Book 2503 at Page 336.

Property Address: 14933 Wayne Hwy, Waynesboro, PA 17268

Mortgage Servicer: Nationstar Mortgage LLC d/b/a Mr. Cooper

Post-petition mailing address for Debtor(s) to send payment:

PO Box 619094, Dallas, TX 75261-9741

Mortgagor(s)/Debtor(s):

Brenda Sidler

Payments are contractually due:

Monthly ☑  Semi-monthly ☐  Bi-weekly ☐  Other _____

Each Monthly Payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest............................ | $517.31 | |
| R.E. Taxes............................................. | _____ | |
| Insurance............................................... | _____ | |
| Late Charge.......................................... | _____ | |
| Other..................................................... | $245.57 | (Specify: Escrow) |
| **TOTAL**............................................... | $762.88 | |

**POST-PETITION PAYMENTS** Petition was filed on October 22, 2024)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| | | 12/16/2024 | $720.00 | | |
| 11/1/2024 | | 12/17/2024 | $42.88 | | 11/1/2024 |
| 12/1/2024 | | 12/31/2024 | $800.00 | | 12/1/2024 |
| 1/01/2025 | | | | | |
| 2/01/2025 | | | | | |
| 3/01/2025 | | | | | |

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of March 18, 2025.

TOTAL AMOUNT OF POST-PETITION ARREARS: $2,251.52 as of March 18, 2025.

Dated: March 26, 2025

*Chastity Wilson*
Mortgage Company

Chastity Wilson
Assistant Secretary of
Nationstar Mortgage, LLC
~~Affiant~~
(Print Name and Title)