# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

| | |
|---|---|
| In Re:<br>    BRENDA ANN SIDLER<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>        Movant<br>v.<br>BRENDA ANN SIDLER<br>        Debtor(s)<br>JACK N ZAHAROPOULOS<br>     Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 1:24-bk-02715-HWV |

**MOTION FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO PROPERTY: 14933 WAYNE HWY, WAYNESBORO, PA 17268**

    U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10, through its Counsel, Stern & Eisenberg PC, respectfully requests the Court grant its Motion for Relief and in support thereof respectfully represents as follows:

1.    Movant is U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 (hereafter referred to as "Movant").

2.    Debtor(s), Brenda Ann Sidler (hereinafter, "Debtor(s)"), is/are, upon information and belief, adult individual(s) whose last-known address is 14933 Wayne Hwy, Waynesboro, PA 17268.

3.    On June 28, 2004, Brenda Sidler, executed and delivered a Note in the principal sum of $94,500.00 to Equity Financial, Inc.. A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4.    As security for the repayment of the Note, Brenda Sidler, executed and delivered a Mortgage to Equity Financial, Inc.. The Mortgage was duly recorded in the Office of the Recorder of Deeds in and for Franklin County on July 7, 2004 in Book 2503, Page 336. A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5.      The Mortgage encumbers Debtor's real property located at 14933 Wayne Hwy, Waynesboro, PA 17268.

6.      By assignment of mortgage, the loan was ultimately assigned to U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10. A true and correct copy of the assignment is attached as Exhibit "C" and is hereby incorporated by reference.

7.      Debtor(s) filed the instant Chapter 13 Bankruptcy on October 22, 2024 and, as a result, any state court proceedings were stayed.

8.      It is believed and therefore averred that Debtor(s) filed the instant bankruptcy as an additional delay in order to prevent Movant from proceeding with the state court proceedings or otherwise institute proceedings as allowed under the Mortgage.

9.      Debtor's mortgage loan is in default and is currently due for the January 1, 2025 payment and each subsequent payment through the date of the motion. Debtor(s) has/have failed to make the following post-petition payments to Movant:

**POST-PETITION PAYMENTS IN DEFAULT**

| | |
|---|---|
| Monthly Payments in Default........................ | 01/01/2025 to 03/01/2025 |
| Monthly payments ($762.88 x 3) | $2,288.64 |
| Suspense Balance:........................ | ($37.12) |
| Total Amounts Due as of March 18, 2025: | $2,251.52 |

10.     In addition, Movant will incur counsel fees and costs in association with Debtor's default and this motion.

11.     As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

12.     Further, the Debtor's Schedule D indicates a valuation of the property in the amount of $107,172.00, with Movant's first lien against the property in the amount of $143,244.71. Accordingly, there is no equity in the Property and the property is not necessary for an effective reorganization. A copy of the Debtor's Schedule D is attached as Exhibit "D" and incorporated herein by reference.

13.     To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

14.     Movant requests that the stay of Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant, U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(3).

                              Respectfully Submitted:

                              Stern & Eisenberg, PC

                              *By: /s/ Daniel P. Jones*
                              Daniel P. Jones
                              1581 Main Street, Suite 200
                              The Shops at Valley Square
                              Warrington, PA 18976
                              Phone: (215) 572-8111
                              Fax: (215) 572-5025
                              Bar Number: 321876
Date: March 26, 2025                Email: djones@sterneisenberg.com