UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| In Re:<br>    BRENDA ANN SIDLER<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>        Movant<br>v.<br>BRENDA ANN SIDLER<br>        Debtor(s)<br>JACK N ZAHAROPOULOS<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 1:24-bk-02715-HWV |

## ***CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE***

I, Daniel P. Jones, hereby certify that I have contacted the parties in the above referenced matter and they (check appropriate line):

_____ They concur with the relief requested. Please enter the proposed order.

  X    No concurrence was obtained.

                        STERN & EISENBERG, PC

                        *By: /s/ Daniel P. Jones*
                        Daniel P. Jones
                        1581 Main Street, Suite 200
                        The Shops at Valley Square
                        Warrington, PA 18976
                        Phone: (215) 572-8111
                        Fax: (215) 572-5025
                        Bar Number: 321876
Date: March 26, 2025            Email: djones@sterneisenberg.com