UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| In Re:<br>    BRENDA ANN SIDLER<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>        Movant<br>v.<br>BRENDA ANN SIDLER<br>        Debtor(s)<br>JACK N ZAHAROPOULOS<br>      Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 1:24-bk-02715-HWV |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Brenda Ann Sidler
14933 Wayne Hwy
Waynesboro, PA 17268-9516
**Debtor(s)**

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
**Attorney for Debtor**

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Chapter13 Trustee**

Office of the U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**U.S. Trustee**

Respectfully Submitted:
Stern & Eisenberg, PC

By: /s/ Daniel P. Jones
Daniel P. Jones

Date: March 26, 2025