IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| In Re: <br><br> BRENDA ANN SIDLER <br> Debtor(s) <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 <br> Movant <br> v. <br> BRENDA ANN SIDLER <br> Debtor(s) <br><br> JACK N ZAHAROPOULOS <br> Trustee <br> Respondent(s) | Chapter: 13 <br><br> Bankruptcy Case: 1:24-bk-02715-HWV <br><br> Judge: VAN ECK, HENRY W. |
|---|---|

## **ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant, Doc. 27, and it appearing that the parties have resolved this matter via Stipulation, Doc. 30, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 13, 2025