# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:

Brenda Ann Sidler,

    Debtor.

Case No. 1:24-bk-02715-HWV

## Notice

The Debtor in the above-captioned matter has filed an Amended Motion to Modify Chapter 13 Plan After Confirmation for the reasons stated in the motion.

If you object to the relief requested, you must file your objection/response on or before Thursday, June 5, 2025, with the Clerk of the Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, 3rd floor, Harrisburg, PA 17102, and serve a copy on the debtor's attorney at the address below.

On the same day that you file or mail your response to the motion, you must mail or deliver a copy of the response to the debtor's attorney at the address below. No hearing will be scheduled unless an objection/response has been filed. If no objections/responses are filed, the court may enter an order without a hearing. If objections/ responses are filed, the court will generate a Court Hearing Notice advising parties of the date, time, location, and matter set for hearing.

Date:

CIBIK LAW, P.C.
*Counsel for Debtors*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com