# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:

    Brenda Ann Sidler,

        Debtor.

Chapter 13

Case No. 1:24-bk-02715-HWV

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtors' Motion to Modify Confirmed Chapter 13 Plan along with all attachments on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Jack N Zaharopoulos (CM/ECF)

U.S. Bank National Association (CM/ECF)

Date: May 15, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com