# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:

Brenda Ann Sidler,

Debtor.

Chapter 13

Case No. 1:24-bk-02715-HWV

### Debtors' Amended Motion to Modify Confirmed Chapter 13 Plan

**AND NOW**, Debtor Brenda Ann Sidler, by and through her attorney, moves this Court to modify her confirmed chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on October 22, 2024.
2. The plan was confirmed on February 19, 2025.
3. The Debtor asks the Court to approve the Second Amended Plan, which is attached to this motion.
4. The proposed plan provides for payment of post-petition mortgage arrearages to U.S. Bank National Association pursuant to stipulation of the parties filed as ECF No. 30.

**NOW, THEREFORE**, the Debtors ask this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: May 16, 2025

CIBIK LAW, P.C.
*Counsel for Debtors*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com