# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:

    Brenda Ann Sidler,

            Debtor.

Chapter 13

Case No. 1:24-bk-02715-HWV

## ORDER

Upon consideration of the Amended Motion to Modify the Chapter 13 Plan filed by the Debtors, Doc. 36, it is

**ORDERED** that the Motion is **GRANTED**.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: