United States Bankruptcy Court
Middle District of Pennsylvania

In re:

Brenda Ann Sidler,

Debtor.

Chapter 13

Case No. 1:24-bk-02715-HWV

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Amended Motion to Modify Confirmed Chapter 13 Plan along with all attachments on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Jack N Zaharopoulos (CM/ECF)

U.S. Bank National Association (CM/ECF)

Date: May 16, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com