UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     BRENDA ANN SIDLER, | : | |
|         Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
|         Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| BRENDA ANN SIDLER, | : | |
|         Respondent | : | CASE NO. 1-24-bk-02715-HWV |

<u>TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN</u>

        AND NOW, this 23rd day of May 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

    1.    Trustee avers that Debtor's Plan is not feasible based upon the following:

        a.    The Plan is ambiguous as to the payment. The Plan was amended to add post-petition arrears, but there are no post-petition arrears in the Plan. Also, the amount to be paid per the Stipulation and per the Plan differ.

    WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

    a.  deny confirmation of Debtor's Plan;
    b.  dismiss or convert Debtor's case; and
    c.  provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

                    BY:    <u>/s/ Douglas R. Roeder, Esquire</u>
                              Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 23rd day of May 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

                /s/ Derek M. Strouphauer, Paralegal
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee