United States Bankruptcy Court
Middle District of Pennsylvania

In re:

    Brenda Ann Sidler,

          Debtor.

Chapter 13

Case No. 1:24-bk-02715-HWV

## LOCAL BANKRUPTCY FORM 3015-2(a)

### Certification Regarding Service of Amended Chapter 13 Plan
(Altering Treatment of Claims)

      The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the 3rd Amended Chapter 13 Plan filed on May 30, 2025, proposes to alter the treatment of the claims of the following creditors included in the confirmed Chapter 13 Plan:

- U.S. Bank National Association

      I further certify that notice of the filing of the 3rd Amended Chapter 13 Plan has been served on the above listed creditors and the Chapter 13 trustee, as evidenced by the attached certificate of service, and that no other party, other than the creditors listed above, will be affected by the provisions of the 3rd Amended Chapter 13 Plan.

Date: May 30, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com