**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| BRENDA ANN SIDLER, | : | |
| | : | CASE NO. 1:24-bk-02715-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Amended Motion to Modify Plan filed by the Debtor, Doc.

38, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED**.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 24, 2025